Carl Moberg and Emma Moberg, appellees, v. Richard McIlwaine, appellant. Gen. No. 35,780.

Opinion filed June 28, 1932.

Castle, Osborn & Weiss, for appellant; Walter W. Weiss, of counsel. Cheney, Evans & Peterson, for appellees; Albert Peterson, of counsel.

Mr. Presiding Justice Kerner delivered the opinion of the court.